# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MODESTA CELIS ORDUNA, et al.,

     Plaintiffs,

v.

CHAMPION DRYWALL, INC., OF
NEVADA, et al.,

     Defendants.

2:12-cv-1144-LDG-VCF

    Due to matters pending before the court in this case,

    THE COURT HEREBY ORDERS that the parties' cross-motions for summary judgment (#41 and #42) are DENIED without prejudice.

    DATED this 27 day of September, 2013.

_____
Lloyd D. George
United States District Judge