UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MODESTA CELIS ORDUNA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHAMPION DRYWALL, INC., OF NEVADA, et al.,<br><br>    Defendants. | 2:12-cv-1144-LDG-VCF |

THE COURT HEREBY ORDERS that plaintiffs' first motion for leave to file response to defendants' surreply (#48) is DENIED as moot.

THE COURT FURTHER ORDERS that, within 30 days from the date of the filing of this order, the parties shall file status reports regarding the current standing of this case.

DATED this 26 day of March, 2014.

Lloyd D. George
United States District Judge